# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

KATHERINE BROOKS,

     Plaintiff,

v.

FINANCIAL RECOVERY SERVICES, INC**.**,

     Defendants.

Case No. 5:25-cv-00278-RBD-PRL

Honorable Judge Roy B. Dalton Jr.

Magistrate Judge Philip R. Lammens

## MOTION TO EXTEND TIME TO FILE AN AMENDED COMPLAINT

**NOW COMES** Katherine Brooks ("Plaintiff"), by and through her undersigned counsel, bringing this Motion to Extend Time to File an Amended Complaint, and in support thereof states as follows:

1.     On April 29, 2025, Plaintiff filed this action against Defendant seeking redress for violations of the of the Telephone Consumer Protection Act, ("TCPA"), pursuant to 47 U.S.C. § 227 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA"), pursuant to 15 U.S.C. § 1692 *et seq.* and the Florida Consumer Collection Practices Act ("FCCPA"), pursuant to Florida Statue § 559.55 *et seq.* [Dkt. 1]

2.     On May 5, 2025, this court Ordered that Plaintiff's Complaint is Dismissed without Prejudice and that by May 15, 2025, Plaintiff may file an amended complaint correcting the deficiencies. [Dkt. 6]

3.      Plaintiff intends to file an Amended Complaint to properly state claims against the correct Defendant.

4.      Plaintiff is currently in the process of verifying the proper legal identity and status of the Defendant to ensure accurate and appropriate service.

5.      Due to the time necessary to complete this verification, Plaintiff requires additional time to prepare and file the Amended Complaint.

6.      Plaintiff is requesting a 14 day extension to file an Amended Complaint on or before May 29, 2025.

7.      This request is made in good faith and not for the purpose of delay.

8.      Based on the foregoing, there is a compelling basis for the extension sought herein.

9.      The relief sought herein is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.

**WHEREFORE**, Plaintiff respectfully requests the entry of an order extending the deadline for Plaintiff to file an Amended Complaint through May 29, 2025.

Dated: May 14, 2024                          Respectfully Submitted,

_/s/ Alexander J. Taylor_
Alexander J. Taylor, Esq.
Florida Bar No. 1013947
_Counsel for Plaintiff_
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
ataylor@sulaimanlaw.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 15, 2025, a true and correct copy of the above and foregoing was served by email on those parties receiving electronic notice through the Court's CM/ECF system.

*/s/ Alexander J. Taylor*