UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KATHERINE BROOKS,

    Plaintiff,

v.                                           Case No. 5:25-cv-00278-RBD-PRL

FINANCIAL RECOVERY SERVICES, INC.,

    Defendant.

_____/

## NOTICE OF DISMISSAL

Plaintiff, KATHERINE BROOKS, by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses her claims against Defendant FINANCIAL RECOVERY SERVICES, INC. The parties shall bear their own attorney's fees and costs.

Dated: May 29, 2025                  Respectfully submitted,

                                               */s/ Alexander J. Taylor*
                                               Alexander J. Taylor
                                               *Counsel for Plaintiff*
                                               Admitted in the Middle District of Florida
                                               Sulaiman Law Group, Ltd.
                                               2500 Highland Avenue, Suite 200
                                               Lombard, Illinois 60148
                                               Telephone: (630) 575-8181 Ext 180
                                               Fax: (630) 575-8188
                                               ataylor@sulaimanlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 29, 2025, a true and correct copy of the above and foregoing was served by email on those parties receiving electronic notice through the Court's CM/ECF system.

                                            */ s/ Alexander J. Taylor*
                                            Alexander J. Taylor, Esq.