**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

KATHERINE BROOKS,

    Plaintiff,

v.                                                Case No: 5:25-cv-278-RBD-PRL

FINANCIAL RECOVERY SERVICES, INC.,

    Defendant.
_____

## ORDER OF DISMISSAL

    This cause is before the Court upon the Notice of Voluntary Dismissal (Doc. 10), filed May 29, 2025.  No answer has been filed.  Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to terminate all pending motions and close the file.

    **DONE AND ORDERED** in Chambers in Orlando, Florida, on June 3, 2025.



ROY B. DALTON, JR.
United States District Judge